UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-06974-SB (Ex) | Date: | 2/3/2021 |
|---|---|---|---|

| Title: | *Kjersti Flaa, et al. v. Hollywood Foreign Press Association, et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER DENYING DEFENDANTS' REQUEST FOR PUBLICATION AS MOOT [DKT. NO. 44]**

Defendants filed a request for publication of the Court's November 20, 2020 Order (Dkt. No. 34) dismissing Plaintiff Kjersti Flaa's complaint. Since Defendants' request, Westlaw has made the Order available on its service. *See Flaa v. Hollywood Foreign Press Ass'n*, No. 2:20-cv-06974-SB (Ex), 2020 WL 8256191 (C.D. Cal. Nov. 20, 2020). The Court does not believe any further action is warranted and therefore **DENIES** Defendants' request as (practically) moot.

**IT IS SO ORDERED**.